UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CRISTIAN SANCHEZ, Individually, and On Behalf of All Others Similarly Situated,

                        Plaintiff,

vs.

SHEN BEAUTY LLC,

                        Defendant.

---------------------------------------------------------------x

Case No. 1:22-cv-02317-JMF

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: November 28, 2022        **MIZRAHI KROUB LLP**

*[signature]*

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

|  |  |
|---|---|
| DATED: November 22, 2022 | **DENTONS US LLP (NY)**  _____ Karla Del Pozo García 1221 Avenue of the Americas New York, NY 10020 212-768-5328 Email: karla.delpozogarcia@dentons.com  *Attorney for Defendant* |